# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| William Brooks | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 19-cv-2345 PAM/BRT |
| Toro Company, The | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above matters are **DISMISSED with prejudice** as to the named Plaintiffs individually

and **DISMISSED without prejudice** as to all unnamed putative class members.

Date: 5/19/2021                                               KATE M. FOGARTY, CLERK